AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| PATRICK DEON SOLOMON,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | )   **JUDGMENT IN A CIVIL CASE** |
| ALCOHOL TOBACCO AND FIREARMS,<br>    Defendant. | )   **CASE NO. 5:13-CV-194-D**<br>) |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Plaintiff's Application to Proceed *In Forma Pauperis* is ALLOWED and the Complaint is DISMISSED as frivolous. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**APRIL 8, 2013**</u> WITH A COPY TO:

Patrick Deon Solomon, Pro Se (Via USPS to 5211 Evergreen Forest Way, Apt. 101, Raleigh, NC 27616)

<u>April 8, 2013</u>                                            JULIE A. RICHARDS, Clerk
Date                                                     Eastern District of North Carolina

                                                               /s/ Debby Sawyer
                                                               (By) Deputy Clerk

Raleigh, North Carolina